IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 02-MK-1239 (PAC)

MARK JORDAN,

       Plaintiff,

v.

MICHAEL V. PUGH,
J. YORK,
R.E. DERR,
B. SELLERS, and
STANLEY ROWLETT,

       Defendants.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

      The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **October 21, 2005 at 8:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes. The Plaintiff may appear by videoconference if available, or by telephone. Unless arrangements for appearance by videoconference are made in advance by the Plaintiff's Case Manager or facility representative, the Plaintiff and his Case Manager or a representative of the facility shall contact the Court at (303) 335-2289 at the above date and time in order to participate. Counsel

shall *bring their calendars.*

The parties shall be prepared to address the setting of this matter for trial, as well as which claims should be tried in view of the Tenth Circuit's recent opinion in *Jordan v. Pugh*, Case No. 04-1095 (Sept. 21, 2005).

Dated this 22nd day of September, 2005.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge