IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 02-cv-01239-MSK-PAC

MARK JORDAN,

        Plaintiff,

v.

MICHAEL V. PUGH,
J. YORK,
R.E. DERR,
B. SELLERS, and
STANLEY ROWLETT,

        Defendants.

## ORDER GRANTING MOTION FOR CLARIFICATION

THIS MATTER comes before the Court on the Plaintiff's motion **(#129)** asking the Court to clarify whether the "Witness Designation" deadline of January 18, 2006 set forth in the Courtroom Minutes **(#114)** pertains to all witnesses or just to expert witnesses.

**IT IS ORDERED** that the motion for clarification **(#129)** is **GRANTED**. The January 18, 2006 deadline is for the designation of the Plaintiff's expert witnesses.

Dated this 25th day of January, 2006

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____
        Marcia S. Krieger
        United States District Judge