IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  02-cv-01239-MSK-PAC

MARK JORDAN,

 Plaintiff(s),

v.

MICHAEL V. PUGH, Warden, ADX, Florence, CO,
J. YORK, SIS Technician, ADX, Florence, CO,
R.E. DERR, Case Manager, ADX, Florence, CO,
B. SELLERS, SIS Technician, ADX, Florence, CO, and
STANLEY ROWLETT, Unit Manager, ADX, Florence, CO,

 Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

 IT IS HEREBY **ORDERED** that Plaintiff's Motion for Limited Discovery and to Amend Scheduling Order [filed July 17, 2006; Doc. No. 242] is **granted in part and denied in part** as follows:

 Plaintiff may depose 3 individuals for up to 2 hours each on or before August 21, 2006.  Defense counsel shall cooperate with plaintiff's counsel in the scheduling of the depositions.

 IT IS **FURTHER ORDERED** that plaintiff's request to designate expert witnesses is denied because there is insufficient time before the September 15, 2006 final pretrial conference to allow plaintiff to endorse an expert and provide all Rule 26(a)(2) information, for defendant to then endorse a rebuttal expert and provide all Rule 26(a)(2) information and then to allow for expert depositions.

Dated:  July 18, 2006