IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 02-cv-01239-MSK-PAC

MARK JORDAN,

    Plaintiff,

v.

MICHAEL V. PUGH,
J. YORK,
R.E. DERR,
B. SELLERS, and
STANLEY ROWLETT,

    Defendants.

---

**ORDER RESETTING PRETRIAL CONFERENCE**

---

Due to a scheduling conflict the final pretrial conference set for **October 4, 2006** is hereby **VACATED** and **RESET** to **October 10, 2006 at 4:00 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 29th day of September, 2006

                        **BY THE COURT:**

                        */s/ Marcia S. Krieger*

                        Marcia S. Krieger
                        United States District Judge