**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: LaDonne Bush          Date: October 10, 2006
Court Reporter:  Paul Zuckerman

Civil Action No. 02-cv-01239-MSK-PAC

| *Parties*: | *Counsel*: |
|---|---|
| MARK JORDAN, | Laura Rovner |
|  | Jack Hobaugh |
| Plaintiff, | Donald Bounds |
|  | Michelle Young |
| v. |  |
| MICHAEL V. PUGH, | Michael Johnson |
| J. YORK, | Kevin Traskos |
| R.E. DERR, |  |
| B. SELLERS, |  |
| STANLEY ROWLETT, |  |
| Defendants. |  |

## COURTROOM MINUTES

Final Pretrial Conference

**4:19 p.m.**    Court in session.

**ORDER:**    Law Student Appearance Form (Doc. 270),  Law Student Appearance Form (Doc. 271), and Law Student Appearance Form (Doc. 272) are granted.

Proffer by plaintiff's counsel regarding trial testimony.

Discussion regarding a factual stipulation concerning writings and publications.

**ORDER:**    Defendants' Motion in Limine (Doc. 244) is granted in part and denied in part to be reraised at the time of trial. It is granted in part insofar as the parties' stipulations to the facts concerning publications by Mr. Kozynski and Mr.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

      Silverstein.  The Motion is denied without prejudice to being reraised at the time of trial with regard to all other matters.

Mr. Kozynski and Mr. Silverstein will not testify at trial.

**ORDER:**  Plaintiff's Motion to Continue Trial Date (Doc. 256) is denied.

Discussion regarding the Final Pretrial Order.

Court allows 30 minutes per side for opening statements and 30 minutes per side for closing arguments.

Court's comments regarding exhibits.

Discussion regarding a settlement conference.

**ORDER:**  Revised Final Pretrial Order shall be submitted by October 20, 2006.

Discussion regarding Mr. Bair.  Plaintiff's counsel agrees to make Mr. Bair available for a deposition at the convenience of defense counsel during the weeks of October 16 and 23, 2006.

**ORDER:**  With regarding to Plaintiff's Motion to Designate Rebuttal Experts (Doc. 256), by 5:00 p.m. on October 13, 2006, plaintiff may transmit an expert report for Mr. Bair that complies with both the applicable rule of civil procedure and also Rule 702.

Court states that, if all of the requirements set forth on the record regarding Mr. Bair are met, the parties may request by joint motion a Rule 702 determination.  If the requirements set forth on the record cannot be met, either side can move for additional relief from the Court.

Discussion regarding whether plaintiff will be present in the courtroom for trial, or appear by video conference.

Defense counsel states that the bureau is willing to make efforts to provide plaintiff's counsel with access to plaintiff for trial preparation before and during trial.

**ORDER:**  Ruling is reserved on the issue of whether plaintiff will be present in the courtroom for trial.

**ORDER:**  By October 25, 2006, counsel may submit lists of cases that they would like the Court to read.

**5:31 p.m.** Court in recess.

Total Time: 01:12
Hearing concluded.