IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 02-cv-01239-MSK-PAC

MARK JORDAN,

        Plaintiff,

v.

MICHAEL V. PUGH,
J. YORK,
R.E. DERR,
B. SELLERS, and
STANLEY ROWLETT,

        Defendants.

## ORDER TO RESPOND

THIS MATTER comes before the Court on the Plaintiff's Petition for Writ of Habeas Corpus ad Testificandum **(#278)**.

**IT IS ORDERED** that the Defendants shall respond to this petition by **12:00 p.m. on Thursday, October 19, 2006**.

Dated this 18th day of October, 2006

                                  **BY THE COURT:**

                                  Marcia S. Krieger
                                  United States District Judge