IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 02-cv-01239-MSK-PAC

MARK JORDAN,

      Plaintiff,

v.

MICHAEL V. PUGH,
J. YORK,
R.E. DERR,
B. SELLERS, and
STANLEY ROWLETT,

      Defendants.

---

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

---

The following matter is set for a non-evidentiary hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **October 25, 2006** at **4:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  Counsel shall *bring their calendars*. The parties shall be prepared to address the Plaintiff's Unopposed Motion to Continue Trial **(#287).**

Counsel and the Plaintiff may appear at this hearing by telephone.  To appear telephonically, counsel shall contact Maureen Nelson at **(303) 335-2289** by noon on Wednesday October 25 to make arrangements.  If the Plaintiff desires to participate in the hearing by telephone, his counsel shall make all necessary arrangements with his case manager.  If the

Plaintiff participates in the hearing, he shall call **(303) 335-2289** at the time of the hearing.

Dated this 24th day of October, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge