IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 02-cv-01239-MSK-PAC

MARK JORDAN,

       Plaintiff,

v.

MICHAEL V. PUGH,
J. YORK,
R.E. DERR,
B. SELLERS, and
STANLEY ROWLETT,

       Defendants.

## ORDER ON MOTION FOR RECONSIDERATION

THIS MATTER comes before the Court on the Defendants' Motion for Reconsideration of Order Setting the Matter for Trial **(#304)**. They contend that: (1) the Court should amend its prior ruling to find that the Kenney Memorandum does not amend the challenged regulation, 28 C.F.R. § 540.20(b); and (2) the Plaintiff has not exhausted his challenge to the prison standards embodied in the Kenney Memorandum as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). The Defendants ask the Court to hold an evidentiary hearing to determine what effect the Kenney Memorandum has upon the challenged regulation. Having reviewed the Motion, the Court now reconsiders its prior ruling and FINDS that:

The Defendant now stipulates that the Kenney Memorandum interprets, but does not amend, the challenged regulation, 28 C.F.R. § 540.20(b). The Plaintiff has already exhausted the appropriate remedies as to the regulation. Because the Kenney Memorandum does not amend the

regulation, Plaintiff has no new obligation to exhaust his administrative remedies. There is no need for a separate evidentiary hearing prior to trial to address the Kenney Memorandum.

**IT IS THEREFORE ORDERED** that the Motion for Reconsideration **(#304)** is **GRANTED**, but the Court declines to award any additional relief sought in the motion.

Dated this 2nd day of February, 2007

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge