IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 02-cv-01239-MSK-PAC

MARK JORDAN,

        Plaintiff,

v.

MICHAEL V. PUGH,
J. YORK,
R.E. DERR,
B. SELLERS, and
STANLEY ROWLETT,

        Defendants.

## ORDER ON PLAINTIFF'S MOTION

THIS MATTER comes before the Court on the Plaintiff's Motion *in Limine* and, in the Alternative, To Reopen Limited Discovery, and Plaintiff's Unopposed Motion for an Extension of Time to File Proposed Pretrial Order **(#303)**. The Defendants responded **(#308)**, and the Plaintiff replied **(#309)**. Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

The Plaintiff seeks to preclude the Defendants from offering at trial, as irrelevant, a memorandum (the Kenney Memorandum) which pertains to the regulation under challenge, 28 C.F.R. § 540.20. He requests, in the alternative, that he be allowed to re-depose two defense experts witnesses (John Shartle and Maureen Cruz) to inquire as to how the Kenney Memorandum affects the opinions which they have offered. He contends that supplemental expert reports are not an option because the Magistrate Judge previously ruled that the

Defendants' experts were not required to provide expert reports to the Plaintiff. Finally, he asks the Court to extend the deadline for submission of a proposed final pretrial order until one week after this ruling if his motion *in limine* is granted, or until March 30, 2007, if it is denied.

The Defendants oppose only the motion *in limine*. They do not oppose the Plaintiff's request to conduct further depositions, as long as they are permitted to conduct reciprocal discovery limited to the Kenney Memorandum. They agree to an extension of the deadline for submitting the proposed final pretrial order.

Trial will be to the bench. Determinations as to the relevance of particular evidence are reserved until trial.

**IT IS THEREFORE ORDERED** that:

(1)   The Motion in Limine is **DENIED**.

(2)   The Motion to Reopen Limited Discovery is **GRANTED**. The parties are granted leave to depose each others' experts with regard to the Kenney Memorandum. However no further discovery will be conducted.

(3)   The Unopposed Motion for an Extension of Time to File Proposed Pretrial Order is **GRANTED**. The parties shall submit a proposed final pretrial order no later than **March 30, 2007**.

Dated this 16th day of March, 2007

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge