IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 02-cv-01239-MSK-PAC

MARK JORDAN,

    Plaintiff,

v.

MICHAEL V. PUGH,
J. YORK,
R.E. DERR,
B. SELLERS, and
STANLEY ROWLETT,

    Defendants.

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER comes before the Court on the Plaintiff's Motion for Leave to Present Testimony of Theodore Kaczinski and Thomas Silverstein at Trial **(#320)**.

**IT IS ORDERED** that the Defendants shall respond to such motion by close of business on Friday, **April 27, 2007.** The Plaintiff may file a reply by close of business on Monday, **April 30, 2007.**

Dated this 24th day of April, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge