IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 02-cv-01239-MSK-PAC

MARK JORDAN,

    Plaintiff,

v.

MICHAEL V. PUGH,
J. YORK,
R.E. DERR,
B. SELLERS, and
STANLEY ROWLETT,

    Defendants.

## ORDER

THIS MATTER has come before the Court on Plaintiff's Unopposed Motion to Permit Plaintiff to Attend Trial Via Videoconference **(#326)**.

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The Plaintiff may testify and appear remotely by video during the trial in this matter.

Dated this 9th day of May, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____
        Marcia S. Krieger
        United States District Judge