IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 02-cv-01239-MSK-PAC

MARK JORDAN,

        Plaintiff,

v.

MICHAEL V. PUGH,
J. YORK,
R.E. DERR,
B. SELLERS, and
STANLEY ROWLETT,

        Defendants.

---

## ORDER

---

THIS MATTER comes before the Court on Defendants' Joint Motion for Leave to File a Joint Amended Exhibit List (**# 328**).

Sufficient cause appearing, **IT IS HEREBY ORDERED THAT** the motion is **GRANTED**.  The Joint Amended Exhibit List will replace the Exhibit List filed by the Court with the Pretrial Order on May 1, 2007.

Dated this 10th day of May, 2007

**BY THE COURT:**

Marcia S. Krieger
United States District Judge