IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 02-cv-01239-MSK-PAC

MARK JORDAN,

       Plaintiff,

v.

MICHAEL V. PUGH,
J. YORK,
R.E. DERR,
B. SELLERS, and
STANLEY ROWLETT,

       Defendants.

## ORDER REGARDING COMPLIANCE WITH RULES

**THIS MATTER** comes before the Court on the Defendants' Motion to Amend the Pretrial Order to Add Two Exhibits to the Joint Witness List **(#330)** filed May 10, 2007. The Defendants have not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

**IT IS THEREFORE ORDERED** that the Motion **(#330)** is **DENIED**, without prejudice.

Dated this 14th day of May, 2007

                                           **BY THE COURT:**

                                           *Marcia S. Krieger*

                                           Marcia S. Krieger
                                           United States District Judge