IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 02-cv-01239-MSK-PAC

MARK JORDAN,

        Plaintiff,

v.

MICHAEL V. PUGH,
J. YORK,
R.E. DERR,
B. SELLERS, and
STANLEY ROWLETT,

        Defendants.

## ORDER TO RESPOND

THIS MATTER comes before the Court on the Plaintiff's Motion for Leave to Consult Telephonically with Counsel During Trial, or, in the Alternative, for Access to Electronic Text-Exchange Service to Facilitate Real-Time Communication **(#331)**.

**IT IS ORDERED** that the Defendants shall respond to this motion by 5:00 p.m. on Monday, May 21, 2007.

Dated this 18th day of May, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____
        Marcia S. Krieger
        United States District Judge