IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 02-cv-01239-MSK-KLM

MARK JORDAN,

    Plaintiff,

v.

MICHAEL V. PUGH,
J. YORK,
R.E. DERR,
B. SELLERS, and
STANLEY ROWLETT,

    Defendants.

## ORDER DIRECTING RESPONSE

THIS MATTER comes before the Court on the Defendants' Motion to Stay the Judgment **(#368)**. Having reviewed the motion, and ascertaining that a prompt response is required,

**IT IS THEREFORE ORDERED** that the Plaintiff shall file his response, if any, on or before September 24, 2007 at noon. No reply shall be filed. Pending determination of the underlying motion **(#368)**, the injunction contained in the Judgment dated August 9, 2007 **(#355)** is stayed.

Dated this 18th day of September, 2007

**BY THE COURT:**

_Marcia S. Krieger_
Marcia S. Krieger
United States District Judge