IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  02-cv-01239-MSK-KLM

MARK JORDAN,

      Plaintiff(s),

v.

MICHAEL V. PUGH, Warden, ADX, Florence, CO,
J. YORK, SIS Technician, ADX, Florence, CO,
R.E. DERR, Case Manager, ADX, Florence, CO,
B. SELLERS, SIS Technician, ADX, Florence, CO, and
STANLEY ROWLETT, Unit Manager, ADX, Florence, CO,

      Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

      This matter is before the Court pursuant to Plaintiff's Unopposed Motion for Withdrawal of Motion for Review of Taxation [Docket No. 381, Filed October 15, 2007] ("the motion").

      IT IS HEREBY **ORDERED** that the motion is **GRANTED**.  Plaintiff's Motion for Review of Taxation [Docket No. 366, Filed September 12, 2007] is **withdrawn**.

Dated:  October 31, 2007