IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 02-cv-01239-MSK-KLM

MARK JORDAN,

    Plaintiff,

v.

MICHAEL V. PUGH,
J. YORK,
R.E. DERR,
B. SELLERS, and
STANLEY ROWLETT,

    Defendants.
_____

**ORDER DENYING JOINT MOTION TO WITHDRAW
PENDING MOTIONS, RESPONSES AND REPLIES**
_____

    **THIS MATTER** comes before the Court pursuant to the Joint Motion to Withdraw Pending Motions, Responses and Replies (Joint Motion) **(#403)** filed December 19, 2007.

    1. The parties have not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 6.1(D),

    2. The parties did not submit a proposed order as part of the electronic filing, nor submit a proposed order in WordPerfect or Word format to chambers by electronic mail. Both acts are required by D.C. Colo. ECF Proc. V.L.2.

    **IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

    DATED this 19th day of December, 2007.

BY THE COURT:

_____
Marcia S. Krieger
United States District Judge