# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01239-MSK-KLM

MARK JORDAN,

      Plaintiff,

v.

MICHAEL V. PUGH, *et al.*,

      Defendants.

---

## ORDER

---

The parties' Joint Motion to Withdraw Pending Motions, Responses and Replies (Docket No. 405) be, and it hereby is, **GRANTED**.

DATED this 20th day of December, 2007.

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge