IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01239-MSK-KLM

MARK JORDAN,

    Plaintiff,

v.

MICHAEL V. PUGH,
J. YORK,
R.E. DERR,
B. SELLERS, and,
STANLEY ROWLETT,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Motion to Intervene** [#407][1] and the **Motion for Show Cause** [#408] (collectively, the "Motions"), filed by David Scates. Judgment entered in this case on August 9, 2007 and the case was closed. Mr. Scates was not a party to this lawsuit when it was litigated. He now asks the Court to allow him to intervene in this closed lawsuit in order to litigate his own claims that relate to the alleged denial of "an opportunity to publish under a [b]yline since 2012 until 2015." *Motion to Intervene* [#407] at 2. Mr. Scates appears to seek to litigate alleged violations of his rights that are based on the same legal theory as that litigated in this lawsuit, but which are based on distinct facts occurring in 2012-2015. Mr. Scates, therefore, has not demonstrated standing to intervene under Fed. R. Civ. P. 24. *U.S. ex rel. Pool v. NMC, Inc.*, Nos. 09-cv-66-WTL-WGH, 11-mc-2-JMS,WGH, 2014 WL 131211, at *3 (S.D. Ind. Jan. 14, 2014); *Ahlquist v. City of Cranston ex rel. Strom*, 840 F.Supp.2d 507, 526-27 (D.R.I. 2012) (discussing timeliness requirement and finding that motion to intervene filed the same day that judgment was entered was not timely). Accordingly,

    IT IS HEREBY **ORDERED** that the Motions [##407, 408] are **DENIED**.

    Dated: September 8, 2015

---

[1] "[#407]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.