IN THE UNITED STATES DISTRICT COURT FOR THE
District of Colorado

| | |
|---|---|
| Mark Jordan,<br>    Plaintiff<br><br>v.<br><br>Michael V. Pugh, et al.<br>    Defendants<br>------------------------------<br><br>In Re: Betsy Leach,<br>       DHO Officer<br><br>    Federal Bureau of<br>    Prisons<br><br>    United States of<br>    America<br><br>  Third Party Respondents<br><br>Francis Schaeffer Cox,<br>    Third Party Intervenor/<br>    Movant | Case No: 02-cv-01239-MSK-KLM<br><br>JUDGE KRIEGER<br><br>**FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>MAY 23 2017<br><br>JEFFREY P. COLWELL<br>CLERK |

MOTION FOR INTERVENTION OF RIGHT AND
PERMISSIVE INTERVENTION PURSUANT TO
FED.R.CIV.P. 24(a),(b)

Comes Now the Third Party Intervening Plaintiff, Francis Schaeffer Cox, and he moves this Court for permission to intervene in this matter pursuant to Fed.R.Civ.P. 24(a)(b). In support, Cox states as follows:

1) This is a case in which the "By line Regulation" of the Federal Bureau of Prisons Disciplinary Policy was declared un-Constitutional on a plea for declaratory, and injunctive relief by Plaintiff August 9, 2007.

2) From November 4, 2016 to December 15, 2016, said regulation was enforced by the Bureau of Prison contrary to the permanent injunction this case, against Third Party Intervening Plaintiff Cox.

Page 1

3) On December 29, 2016, Cox first attempted to move this Court as Intervenor for a Motion for Civil and Criminal Contempt. This motion was interpreted by the Clerk, without authority, as a "letter", and returned to Cox January 24, 2016.

4) Cox has an interest in the transaction which is the subject of this action, namely the injunction barring enforcement of the Byline Regulation, and as a practical matter is impaired, and impeded from enforcing said interest without a grant of intervenor status pursuant to Fed.R.Civ.P. 24(a).

5) Cox seeks to enforce the injunction in this case, and, thus has a claim or defense that shares with the main action a common question of law or fact pursuant to Fed.R.Civ.P. 24(b).

6) Cox' motion is timely, as it was brought immediately after the breach of the injunction became known.

7) Pursuant to Fed.R.Civ.P. 24(c), the pleading setting out Cox' claim is attached.

For the above good cause shown, Cox moves this Court for intervention of right, and permissive intervention in the above matter.

Respectfully submitted,

Francis Schaeffer Cox

may 14th 2017

CERTIFICATE OF SERVICE

I hereby certify that this Motion for Intervention of Right and Permissive Intervention pursuant to Fed. R. Civ. P. 24(a)(b) was mailed to the Clerk of the Court, First Class Postage prepaid, for posting upon the Electronic Filing System this 24th day of January, 2017.

may 14th 2017

Francis Schaeffer Cox
P.O. Box 1000
Marion, IL 62959